Neville L. Johnson, SBN 66329
  njohnson@jjllplaw.com
Douglas L. Johnson, SBN 209216
  djohnson@jjllplaw.com
Daniel B. Lifschitz, SBN 285068
  dlifschitz@jjllplaw.com
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, CA 90210
Tel:  310-975-1080
Fax:  310-975-1095

Jeffrey A. Koncius, SBN 189803
  koncius@kiesel.law
Kevin D. Zipser, SBN 334023
  zipser@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Tel:  310-854-4444
Fax:  310-854-0812

Daniel L. Warshaw, SBN 185365
  dwarshaw@pswlaw.com
Bobby Pouya, SBN 245527
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel:  818-788-8300
Fax:  818-788-8104

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY MARTEL, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WRITERS GUILD OF AMERICA WEST, INC., a California corporation; VIACOM MEDIA NETWORKS, a Delaware corporation; COMEDY PARTNERS LLC, a New York limited liability company; CENTRAL PRODUCTIONS LLC, a Delaware limited liability company; LRF DEVELOPMENT COMPANY, INC., a California corporation; HELLO DOGGIE, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-02389-PA-GJS<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which authorizes dismissals without a court order upon stipulation, Plaintiff Jay Martel hereby dismisses this action and his individual claims, only, with prejudice upon stipulation with Defendants Writers Guild of America West, Inc., Viacom Media Networks, Comedy Partners LLC, Central Productions LLC, LRF Development Company, Inc., and Hello Doggie, Inc. (collectively, the "Parties"). The Parties further agree and stipulate that they shall bear their own costs, expenses, and fees and that this dismissal is without prejudice as to the claims of any putative class members.

DATED: January 25, 2022         **KIESEL LAW LLP**

By:    */s/ Jeffrey A. Koncius*
Jeffrey A. Koncius
Kevin D. Zipser

**JOHNSON & JOHNSON LLP**
Douglas L. Johnson
Neville L. Johnson
Daniel B. Lifschitz

**PEARSON, SIMON & WARSHAW LLP**
Daniel L. Warshaw
Bobby Pouya

*Attorneys for Plaintiff and the Class*

DATED: January 25, 2022         **ROTHNER, SEGALL & GREENSTONE**

By:    */s/ Anthony R. Segall*
Anthony R. Segall

Attorneys for Defendant
Writers Guild of America West, Inc.

| | | |
|---|---|---|
|1| DATED: January 25, 2022 | MITCHELL SILBERBERG & KNUPP LLP |
|2| | |
|3| | |
|4| | By:   */s/ Jeffrey L. Richardson* |
| | | Adam Levin |
|5| | Jeffrey L. Richardson |
|6| | |
| | | Attorneys for Defendants |
|7| | Viacom International Inc., Comedy Partners, Central Productions LLC, LRF Development |
|8| | Company, Inc., and Hello Doggie, Inc. |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.**

I, Jeffrey A. Koncius, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   */s/ Jeffrey A. Koncius*
   Jeffrey A. Koncius